UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Robert Dixon,<br>    Petitioner<br>v.<br>Director Nevada State Prison, et al.,<br>    Respondents | 2:17-cv-01636-JAD-GWF<br>**Screening Order**<br>[ECF No. 1] |

Pro se petitioner and parolee Robert Dixon was convicted in 1989 of two counts of trafficking in a controlled substance. He filed this petition for a writ of habeas corpus[1] along with an application to proceed *in forma pauperis*.[2] I find that Dixon is unable to pay the filing fee, so I grant his pauper application and now screen his petition under Rule 4 of the Rules Governing Section 2254 Cases.

The proper respondents in a habeas petition by a state parolee are "his . . . parole officer '*and* the official in charge of the parole or probation agency, or the state correctional agency, as appropriate.'"[3] Dixon named only the "Director Nevada State Prison"—an office that technically does not exist—and the "Attorney General of the State of Nevada" as respondents.[4] Dixon must instead name his parole officer, the official in charge of the state parole agency, the state attorney general as required by the petition form, and possibly the official in charge of the state department of corrections.

---

[1] ECF No. 1-1.

[2] ECF No. 1.

[3] *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996), *quoting* 1976 Advisory Committee Notes to Habeas Rule 2 (emphasis by the Court of Appeals).

[4] ECF No. 1-1.

Accordingly, IT HEREBY IS ORDERED that petitioner's application **[ECF No. 1]** to proceed *in forma pauperis* is **GRANTED**; Dixon is not required to pay the filing fee.

The **Clerk of Court** is directed to **FILE the petition**, but **Dixon must MAIL to the Clerk for filing an AMENDED PETITION** naming the proper respondents **by December 4, 2017,** or this action will be **dismissed without further prior notice**. Dixon must clearly title the amended petition as an amended petition by placing the word "AMENDED" immediately above "Petition for a Writ of Habeas Corpus" on page 1 in the caption, and he must place the docket number 2:17-cv-01636-JAD-GWF in the designated space above the word "AMENDED." Under Local Rule LR 15-1, the amended petition must be complete in itself without reference to previously filed papers. **Thus, the claims and allegations that are stated in the amended petition will be the only matters remaining before the Court. Any claims or allegations that are left out of the amended petition or that are not re-alleged will not be considered.**

The **Clerk of Court** is directed to **SEND** to Dixon one copy each of a noncapital § 2254 petition form and the original petition that he filed.

DATED: November 3, 2017.

_____
Jennifer A. Dorsey
United States District Judge