# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Robert Dixon,

    Petitioner

v.

Warden, Nevada State Prison, et al.,

    Respondents

2:17-cv-01636-JAD-GWF

**Order Granting Motion to Extend Time**

[ECF No. 6]

Pro se petitioner and parolee Robert Dixon brings this habeas corpus action to challenge his 1989 conviction for trafficking in a controlled substance. I screened his claims and directed him to file an amended petition by December 4, 2017.[1] Dixon then moved to extend that deadline to December 14, 2017, arguing that the person assisting him with his legal work was ill.[2] Ultimately, he filed his amended petition on December 7, 2017.[3]

I find that Dixon has established good cause for the brief extension of time. Accordingly, IT IS HEREBY ORDERED that Dixon's motion to extend time **[ECF No. 6] is GRANTED** nunc pro tunc. His December 7, 2017, amended petition will be deemed to have been timely filed.

DATED: January 24, 2018

                                                  _____
                                                U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 4.

[2] ECF No. 6.

[3] ECF No. 7.