# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Robert Dixon,

    Petitioner

v.

Nevada Department of Parole and Probation, et al.,

    Respondents

Case No.: 2:17-cv-01636-JAD-GWF

**Dismissal Order**

    Pro se petitioner and parolee Robert Dixon was convicted in 1989 of two counts of trafficking a controlled substance, and he received a life sentence for each count.[1] An amended judgment was entered, making Dixon eligible for parole after 15 years on the first count and after 25 years on the second count.[2] He petitions for a writ of habeas corpus under 28 U.S.C. § 2254 and argues that his parole violates the Sixth and Fourteenth Amendments because his sentence violates NRS 453.3395(2).[3]

    This is Dixon's second attempt to petition for relief in this case. When I screened his first petition, I found that he had not named the proper respondents, and I ordered him to fix that deficiency in an amended petition by naming "his parole officer, the officer in charge of the state parole agency, [and] the state attorney general as required by the petition form, and possibly the official in charge of the state department of corrections."[4] Dixon did not do so; his amended petition still has the same incorrect-respondent deficiencies that I previously identified.

---

[1] ECF No. 7 at 3.

[2] *Id.*

[3] *Id.*

[4] ECF No. 4.

1

I gave Dixon one final chance to amend his petition and name the appropriate respondents.[5] Dixon had until July 9, 2018, to file a second-amended petition with the correct respondents. That deadline has come and gone without a second-amended petition. Accordingly, IT IS HEREBY ORDERED that this action is **DISMISSED** without prejudice for failure to comply with two orders to name the proper respondents.

The **Clerk of Court** is directed to **ENTER JUDGMENT** accordingly and **CLOSE THIS CASE**.

Dated: July 17, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[5] ECF No. 9.